IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 12-0120
 ((((((((((((((((

 Mark T. Womack, Petitioner

 v.

 Arcadio D. Rodriguez, Respondent

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Review
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. The agreed motion to abate, filed February 10, 2012, is granted
and this case is ABATED.
 2. This case is removed from the Court's active docket until April
11, 2012 by which time the petition for review is due to be filed.

 Done at the City of Austin, this 13th day of FebruaryFebruary, 2012.

 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk